IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:17cr98-MHT |
| | ) | (WO) |
| LAMONT KATRELLE PIERCE | ) | |

ORDER

This case is before the court on the request from the Bureau of Prisons for an extension of time, dated March 6, 2018 (doc. no. 38). The request is as follows:

> "I respectfully request that [Lamont Katrelle Pierce's] evaluation period begin on the day of his arrival plus a 60 day extension. If this request is granted, the evaluation period will end on June 26, 2018. My staff will attempt to complete the evaluation as soon as possible and have a. final report to the Court within 14 working days of the end date."

Based on the oral representations of the defense and the government on March 12, 2018, that they have no objection to the request, it is ORDERED that the request (doc. no. 38) is granted.

The clerk of the court is DIRECTED to furnish a copy of this order via facsimile to J.C. Holland, Complex Warden, United States Bureau of Prisons Federal Medical Center at Butner, North Carolina. The government is to ensure that a copy of this order is provided to defendant Lamont Katrelle Pierce's evaluator at the Bureau of Prisons.

DONE, this the 13th day of March, 2018.

                                          /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**