# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CRIMINAL CASE NO. |
| v. | ) | 2:17cr98-MHT |
| | ) | (WO) |
| LAMONT KATRELLE PIERCE | ) | |

## FINAL ORDER OF FORFEITURE

**WHEREAS**, on December 8, 2017, this court entered a preliminary order of forfeiture (doc. no. 31) forfeiting defendant's interest in the following property to the United States: a Smith & Wesson, model SW9V, 9mm pistol, bearing serial number PAY7561; 3 rounds of Remington 9mm ammunition; and 4 rounds of CBC-Brazilian Cartridge Company 9mm ammunition;

**WHEREAS**, publication of notice was not required pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as the property is worth less than $1,000 and the only potential claimant is the defendant; the government gave defendant notice in the indictment that it would seek the forfeiture of all property involved in the commission of the offenses in violation of 18 U.S.C. § 922(g)(1) and 21 U.S.C. § 844(a); and,

**WHEREAS**, the court finds that defendant has an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c) and 21 U.S.C. § 853, and the United States has established the requisite nexus between such property in the commission of the offenses in violation of 18 U.S.C. § 922(g)(1) and 21 U.S.C. § 844(a).

It is hereby **ORDERED** that the motion for a final order of forfeiture (doc. no. 35) is granted as follows:

1. The following property is hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c) and 21 U.S.C. § 853: a Smith & Wesson, model SW9V,

9mm pistol, bearing serial number PAY7561; 3 rounds of Remington 9mm ammunition; and 4 rounds of CBC-Brazilian Cartridge Company 9mm ammunition.

    2.    All right, title, and interest to the property described above is hereby condemned, Forfeited, and vested in the United States and shall be disposed of according to law.

    3.    The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this order.

    4.    The clerk of the court shall forward a certified copy of this order to the United States Attorney's Office.

DONE, this the 21st day of June, 2018.

<u>Myron H. Thompson</u>
UNITED STATES DISTRICT JUDGE